UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:03-CR-75-T-30MSS

OLUWASEYI AYOKUNLE BANKOLE
_____/

# ORDER

THIS CAUSE comes before the Court upon Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (Dkt. #133). According to procedure, the Clerk opened a corresponding **civil** case file pursuant to the instant petition: **Oluwaseyi Ayokunle Bankole v. United States of America, Case No. 8:05-cv-1351-T-30MSS**. Pursuant to the pending civil case, it is not necessary to keep the motion pending in the criminal case file. It is therefore

ORDERED AND ADJUDGED that:

1. The Clerk is directed to terminate the Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (**Dkt. #133**) in the instant criminal action.

2. All parties are directed to use the **civil** case number on all subsequent filings pertaining to Petitioner's Motion to Vacate.

3. Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 remains under consideration by the Court in the **civil** file.

**DONE** and **ORDERED** in Tampa, Florida on July 22, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*S:\PDF TEMP FILE\03-cr-75.dispose.wpd*