**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

OLUWASEYI AYOKUNLE BANKOLE,

    Petitioner,

v.                                            CASE NO: 8:05-CV-1351-T-30MSS
                                                     Crim. Case No: 8:03-CR-75-T-30MSS

UNITED STATES OF AMERICA,

    Respondent(s).
_____/

## ORDER

    THIS CAUSE comes before the Court upon Petitioner's "Motion to Vacate Sentence Under 28 U.S.C. §1651 of Writ of Error Coram Nobis" (CV Dkt. #1). From the body of the motion it appears Petitioner is requesting this Court to vacate his sentence because of ineffective assistance of counsel. A motion to vacate should be brought under 28 U.S.C. §2255 and therefore this Court will treat the petition as if it had been brought under that statute.

    Petitioner was sentenced on August 1, 2003, after having pled guilty to the charge of conspiracy to defraud the United States. He did not file a direct appeal. Title 28 U.S.C. §2255 provides, in pertinent part:

    A one-year period of limitations shall apply to a motion under this section. The limitation period shall run from the latest of -

    (1)    the date on which the judgment of conviction becomes final;

    (2)    the date on which the impediment to making a motion created by governmental action in violation of the constitutional laws of the

     United States is removed, if the movant was prevented from making a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Because Petitioner did not file a direct appeal, his judgment of conviction became final ten (10) days after it was entered on August 1, 2003. Therefore, it became final on August 11, 2003, and the one year time period within which to file a §2255 petition expired on August 11, 2004. Petitioner filed the instant motion on September 8, 2004, which is beyond the one year time period and therefore barred.

It is therefore ORDERED AND ADJUDGED that:

1. Petitioner's Motion to Vacate Sentence Under 28 U.S.C. §1651 of Writ of Error Coram Nobis (CV Dkt. #1) is DENIED as time barred..

2. The Clerk is directed to enter judgment against Petitioner and for Respondent.

3. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on May 9, 2006.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2005\05-cv-1351.motion vacate